UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 3:25-cv-00952-JJH |
| v. | ) |
| | ) Honorable Judge Jeffrey J. Helmick |
| **GIAMMARCO PROPERTIES, LLC,** an Ohio limited liability company | ) **ENTRY OF DISMISSAL** |
| Defendant. | ) |

Plaintiff, Leland Foster, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advise this Court the aforementioned matter is hereby dismissed with prejudice.

Respectfully submitted by,

/s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (0074743)
6800 W. Central Avenue, suite C-1
Toledo OH 43617
Tel.: (419) 241-9661
E-mail: obdjr@owendunnlaw.com
Attorney for Plaintiff